# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2011

143431

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

FIFTH THIRD BANK,
     Plaintiff/Counter Defendant-Appellee,

v

MARK A. CANVASSER and MARK A.
CANVASSER REVOCABLE LIVING TRUST,
     Defendants/Counter Plaintiffs-Appellants.
_____/

SC: 143431
COA: 296731
Oakland CC: 2009-099403-CK

On order of the Court, the application for leave to appeal the June 14, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2011

_____
Clerk

y1219